

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

### 06/01/2016 10:00 AM

### COURTROOM   9B

HONORABLE K. MAY

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:14-bk-00131-KRM** | **13** | **01/07/2014** |

**Chapter 13**

**DEBTOR:**      Bettina Keith

**DEBTOR ATTY:**   **Douglas Amidon**

**TRUSTEE:**      **Kelly Remick**

**HEARING:**

Motion for Payment of Unclaimed Funds (Power of Attorney bears original signature) Filed by Funds Locator Brian J Dilks, Doc #45
(Set per HR; funds requested by Debtor)
.

**APPEARANCES::**
 William Harrison.

**RULING:**
Motion for Payment of Unclaimed Funds (Power of Attorney bears original signature) Filed by Funds Locator Brian J Dilks, Doc #45

(Set per HR; funds requested by Debtor) -   Cont'd to 6/15/2016 at 10:00 am; Announced in open court.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.