

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/15/2016 10:00 AM

COURTROOM 9B

**HONORABLE K. MAY**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:14-bk-00131-KRM | 13 | 01/07/2014 |

Chapter 13

**DEBTOR:** Bettina Keith

**DEBTOR ATTY:** Douglas Amidon

**TRUSTEE:** Kelly Remick

**HEARING:**

Motion for Payment of Unclaimed Funds (Power of Attorney bears original signature) Filed by Funds Locator Brian J Dilks, Doc #45
(Set per HR; funds requested by Debtor)
(Cont'd from 6/1/2016)
.

**APPEARANCES::**
  Eric Barksdale.

**RULING:**
Motion for Payment of Unclaimed Funds (Power of Attorney bears original signature) Filed by Funds Locator Brian J Dilks, Doc #45

(Set per HR; funds requested by Debtor)

(Cont'd from 6/1/2016) -   Granted; order by Chambers.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.