[Dogmuf] [Order Granting Motion for Payment Unclaimed Funds]

ORDERED.

Dated: 6/17/16

K. Rodney May
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Bettina Marie Keith
fka Bettina Marie Vasquez
fka Bettina Marie Vasquez-Miler
fka Bettina V. Starks

Case No. 8:14-bk-00131-KRM
Chapter 13

_____Debtor*_____/

### ORDER GRANTING MOTION FOR PAYMENT OF UNCLAIMED FUNDS

THIS CASE came on for hearing on June 15, 2016, of the Motion for Payment of Unclaimed Funds (the "Motion"). The Motion was filed on April 18, 2016, by Dilks & Knopik, LLC on behalf of Bettina Marie Vasquez. Having verified that the sum of $ 1714.64 has been deposited in the Unclaimed Funds Registry of the Court, the Court finds that the Motion should be granted.

Accordingly it is

**ORDERED:**

1. The Motion is granted.

2. The Court's Financial Deputy shall prepare a payment voucher to be sent to the United States District Court in Orlando, Florida, for payment of the sum of $ 1714.64 to:

Bettina Marie Vasquez
c/o Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065-9216

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this order on interested parties.

Original to Financial Administrator